An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NIKCI BOYD,
Petitioner,
vs.
YVONNE LINSEY BOYD; LIL HOPE
BOYD; AND ARTHUR GALTON,
Respondents.

No. 67662

**FILED**

JUL 22 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF PROHIBITION

Having considered this original pro se writ petition, we deny the requested relief. NRAP 21(b)(1); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (explaining that petitioner bears the burden of demonstrating that writ relief is warranted).

It is so ORDERED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc: Nikci Boyd
Arthur Galton
Lil Hope Boyd
Yvonne Linsey Boyd

---

[1]To the extent that petitioner seeks a stay, that request is denied.

The clerk of this court shall file the exhibits to the writ petition that were provisionally received in this court on March 30, 2015.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22230